FILED
*April 29, 2015*
Third Court of Appeals
Jeffrey D. Kyle
Clerk



| | | |
|---|---|---|
| CHARLES N. DRAPER, | § | |
| | § | |
| *Appellant, Pro Se* | § | CAUSE NO. 03-14-00265-CV |
| | § | |
| V. | § | IN THE THIRD COURT |
| | § | OF APPEALS |
| GREG GUERNSEY, | § | |
| IN HIS CAPACITY AS DIRECTOR OF | § | at Austin, Texas |
| PLANNING AND DEVELOPMENT | § | |
| WATERSHED PROTECTION | § | |
| REVIEW DEPARTMENT, | § | |
| AND CITY OF AUSTIN | § | |
| | § | |
| *Appellee.* | § | |
| | § | |
| | § | |

## IN RE PETITION FOR A WRIT OF MANDAMUS



RECEIVED
APR 2 9 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

### Statement of the Case

In Re Appellant, Charles N. Draper brings forth a request for a *Writ of Mandamus* in the above mentioned cause of action, against Appellees. Appellees failed to properly follow State statues: **Texas LGC§43.002-** *Continuation of Land Use*, and **Texas LGC§245.00-** *Project,* **Torts §876, Tex. CRPC Rule §101.0215(29)-** *Municipal Liability, Planning and Zoning* by denying Appellant's valid *Travis County Flood Hazard Permit*, thereby, adversely condemning Appellant's *'vested-rights'* without adequate compensation. The Relator has justiciable interest in the underling controversy. *Terrazas v. Ramirez,* 829 S.W. 2d 712, 723 (Tex. 1991) Appellees' actions are the proximate cause of damages, therefore, relator seeks relief, compliance, and economic damages for $10 million in from Appellees; through a *Writ of Mandamus.*

## Judgment and Memorandum of Opinion

The respondent, Honorable Justice Pemberton, presiding judge of the Third Court of Appeals, Travis County, Texas issued the following *Judgment*, February 25th, 2015:

"Having reviewed the record and parties' arguments, the Court holds that, there was a reversible error in the district court's order. Therefore, we affirm in part, and we also reverse in part as they apply to this case."

Relator filed a petition for a *Writ of Mandamus* in the Third Court of Appeals on April 29th, 2015. The panel to consider the petition consist of Justices Puryear, Justice Pemberton, and Justice Bourland.

Further stated in *Memorandum Opinion* issued February 25th, 2015:

The court of appeals reversed the district court's dismissal because; "The district court granted the motion and dismissed 'all claims and causes of action filed against [Guernsey] in this lawsuit'... [and because], it awards relief beyond that properly authorized under subsection (a) or (e) of Section 101.106 of the Civil Practices and Remedies Code..."

Gov't Code §24.011(3) Supervisory Writ- Section 8, Article 5 of the Constitution, and legislation thereon, do not confer upon district court a supervisory control over justice courts, as was given by the constitution of 1845 and 1869. *Seele v. State* (Civ. App 1892) 1 Tex. Civ. App. 495, 20 S.W. 946

Gov't Code §24.011(5) Mandamus is a legal remedy, but it is governed to some extent by equitable principles. *Industrial Foundation of South v. Texas Indus. Acc. Bd.* (Sup 1976) 540 S.W. 2d 688.

## PRAYER

In Re Appellant, Draper request the Court enforce **LGC §245, §43** and **CPRC §15.011**. "Draper also seeks monetary damages – a total exceeding $10 million, in fact." The Court does not directly address the $10 million damages in the *Judgment*; yet, Draper argued compliance under **LGC §245.006** "enforcement through mandamus or declaratory or injunctive relief" in Appellant's *Original Brief*. Draper requests relief, under **LGC §245 and §43, CPRC §15.011** recovery of interest real property, remove encumbrances from title to real property, grant 'vested –rights', and recovery of damages to real property, order the Appellees to pay $10 million damages, and other relief in the *Writ of Mandamus*.

Respectfully submitted,

Charles N. Draper

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 29, 2015, a true and correct copy of the foregoing *Appellant's Petition for Writ Mandamus*, was sent by certified mail, return receipt request to Sandra Kim, *Austin Law Department*, City Hall, 301 West 2nd Street. P.O. Box 1546, Austin, Texas 78767-1546

Sandra Kim, Assistant City Attorney
Law Department, City of Austin
City Hall, 301 West 2nd Street
P.O. Box 1546
Austin, Texas 78767-1546
(512) 974-2925

Charles N. Draper
*In Re Appellant, Pro Se*
6300 Highway 290 West
Austin, Texas 78735
Phone: 512.699.2199
Email: cd@tejasland.com